UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BATTLEFIELD CENTER, L.P. and <br> CHRISTOPHER KERSTEN, | ) <br> ) <br> ) | |
| Plaintiff(s), | ) <br> ) | |
| vs. | ) <br> ) | Case No. 4:08CV00625 JCH |
| NATIONAL CITY CORPORATION, <br> successor to merger to <br> NATIONAL CITY BANK OF THE <br> MIDWEST and ALLEGIANT BANK, | ) <br> ) <br> ) <br> ) <br> ) | |
| Defendant(s). | ) | |

## **ORDER**

This matter is before the Court upon Plaintiffs' Motion for Leave to File Opposition to Defendant's Motion for Summary Judgment. (Doc. No. 29). This Court previously granted two extensions of time to Plaintiffs, on August 18, 2008 and September 18, 2008, to file a response to Defendant's Motion for Summary Judgment and/or to conduct discovery. Plaintiffs have not provided any evidence that they have conducted any discovery to date.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Opposition to Defendant's Motion for Summary Judgment (Doc. No. 29) is **GRANTED**. Plaintiffs have until October 10, 2008 to file their opposition to Defendant's Motion for Summary Judgment.

Dated this 2nd day of October, 2008.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE