UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| BATTLEFIELD CENTER, L.P. and<br>CHRISTOPHER KERSTEN, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:08CV00625 JCH |
| | ) | |
| NATIONAL CITY CORPORATION,<br>successor to merger to<br>NATIONAL CITY BANK OF THE<br>MIDWEST and ALLEGIANT BANK, | ) | |
| | ) | |
| Defendant(s). | ) | |

## **JUDGMENT**

In accordance with the Memorandum and Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant's Motion

for Summary Judgment is **GRANTED**, and Plaintiffs' claims are dismissed with prejudice.

Dated this 27th day of October, 2008.


/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE